UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAILEY, | CASE NO. ED CV 08-0707-GW (PJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MATTHEW CATE, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. The Court has also reviewed de novo those portions of the Report to which Plaintiff has filed objections. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: July 29, 2009.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED08CV00707GW-O.wpd