UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAILEY, | CASE NO. ED CV 08-0707-GW (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| MATTHEW CATE, | |
| Defendant. | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    JUDGMENT IS HEREBY entered in favor of Defendant and against Plaintiff and the action is dismissed without prejudice.

    DATED: July 29, 2009.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\ED08CV00707GW-J.wpd